JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GEVORK KHACHATURIAN,<br>Petitioner,<br>v.<br>THOMAS P. GILES, et al.,<br>Respondents. | Case No. 2:26-cv-09976-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 17, 2026,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents shall release Petitioner Gevork Khachaturian (A# 246-594-569) on the conditions of release in effect immediately before his September 1, 2026 re-detention. All other requests for relief are DENIED. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 13, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge